# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 2:17-cr-093
                                                 Also 2:19-cv-3086

                                                 Chief Judge Algenon L. Marbley
   - vs -                                  Magistrate Judge Michael R. Merz

JAMAIL ADAMU PETERSON,

        Defendant.    :

## OPINION AND ORDER

This case is before the Court on Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 32). The Magistrate Judge filed a Report and Recommendations on January 28, 2020, recommending that the Motion be dismissed with prejudice (ECF No. 36). In the Report Defendant was advised that he had seventeen days or until February 14, 2020, to file any objections, but he has not done so.

Accordingly, the Report is adopted and the Motion to Vacate is dismissed with prejudice. Pursuant to Fed.R.Civ.P. 58, the Clerk will enter a separate judgment to that effect. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively

1

frivolous and therefore should not be permitted to proceed *in forma pauperis*.

February 28, 2020.

Algenon L. Marbley, Chief Judge